428 A.2d 700

Commonwealth ex rel., Johnson, Appellant v. Hewitt.

Submitted April 12, 1979. Thomas P. Ruane, Jr., Public Defender, for appellant; Gerald R. Solomon, District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WIEAND and HOFFMAN, JJ.

Affirmed.

WIEAND, J., did not participate in the consideration or decision of this case.